IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-CV-01620-REB-CBS

CHARLES WALTER SMITH, III,

    Plaintiff,

v.

JAMES KENNEDY, M.D. and SAFEWAY, INC.

    Defendants.

## NOTICE OF STIPULATION FOR DISMISSAL WITH PREJUDICE OF JAMES KENNEDY, M.D. ONLY

Plaintiff Charles Walter Smith, III and Defendant James Kennedy, M.D., through their respective counsel of record, hereby stipulate to the dismissal with prejudice of all claims that were or could have been asserted by Plaintiff against James Kennedy, M.D., in the above-entitled cause of action. Each party is to pay their own costs and attorneys' fees. A proposed Order is attached for the Court's review.

Respectfully submitted this 16th day of June, 2016.

s/ David Woodruff
David Woodruff
Hillyard Wahlberg Kudla
Sloane & Woodruff LLP
4601 DTC Blvd, Suite 950
Denver, CO 80237
david@denvertriallawyers.com
**Counsel for Plaintiff**

s/ Douglas C. Wolanske
Douglas C. Wolanske, #29660
MESSNER REEVES LLP
1430 Wynkoop Street, Suite 300
Denver, CO 80202
Telephone: 303.623.1800
Facsimile: 303.623.0552
dwolanske@messner.com
**Counsel for Dr. Kennedy**